COMMONWEALTH of Pennsylvania,
Respondent

v.

Roy ROBINSON, Petitioner

No. 464 EAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

Rasheed HARRIS, Petitioner

v.

CLERK OF COURT OF PHILADEL-
PHIA COUNTY, Respondent

No. 14 EM 2017

Supreme Court of Pennsylvania.

March 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of March, 2017, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus is **DE-NIED.**

Michael SANFORD, Petitioner

v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,
Respondent

No. 11 EM 2017

Supreme Court of Pennsylvania.

March 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of March, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**